

PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re: | Case No. 13-28344PM |
|---|---|
| **Alfred Henry Collins,** | Chapter 13 |
| **Debtor.** | |

**ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO EMPLOY BRUCE A. JOHNSON, JR. AND HIS LAW OFFICE AS ATTORNEY**

Upon consideration of the "Debtor's Motion for Authority to Employ Bruce A. Johnson, Jr. and His Law Office as Attorney," and the Chapter 13 Trustee's Response, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is GRANTED; it is further

ORDERED, that total fees to Bruce A. Johnson, Jr. and his law firm at eight (8%) percent of any gross recovery, plus applicable expenses, are APPROVED, and that no further fee application is required; and it is further

ORDERED that any settlement agreement be submitted to the Chapter 13 Trustee for review to the extent that the agreement includes property of the estate that was not claimed by the Debtor as exempt.

cc:  Debtor
     Debtor's Counsel
     Bruce A. Johnson, Jr.
     Chapter 13 Trustee

**End of Order**